IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE D. BERRY** | : | **CIVIL ACTION** |
| v. | : | |
| **ARS NATIONAL SERVICES, INC.** | : | **NO. 15-1529** |

| | | |
|---|---|---|
| **JENILEE HUNT BOGGESS** | : | **CIVIL ACTION** |
| v. | : | |
| **ARS NATIONAL SERVICES, INC.** | : | **NO. 15-2611** |

| | | |
|---|---|---|
| **ROSELLA ALFIERI** | : | **CIVIL ACTION** |
| v. | : | |
| **ARS NATIONAL SERVICES, INC.** | : | **NO. 15-2883** |

**O R D E R**

**AND NOW**, this 22nd day of December, 2015, upon consideration of defendant's Motions for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c) (ECF Documents 7, 7 & 4, respectively), and plaintiffs' responses thereto (Documents 9, 9 & 6, respectively), for reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The above captioned civil actions are **CONSOLIDATED** only for the purpose of disposition of defendant's aforementioned Motions for Judgment on the Pleadings (Docs. 7, 7, & 4, respectively);

2. Defendant's Motions for Judgment on the Pleadings (Docs. 7, 7 & 4

1

respectively) are **DENIED**.

                                                   BY THE COURT:

                                                   _s/ L. Felipe Restrepo_
                                                   L. FELIPE RESTREPO
                                                   UNITED STATES DISTRICT JUDGE